UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

BONITA PERRY,

    Plaintiff/Petitioner,

VERSUS

DEPARTMENT OF
VETERANS AFFAIRS,

    Defendant/Respondent Agency.

CIVIL ACTION NO. 18-14180

SECT. J MAG. 5

\*\*\*\*\*

## PETITION FOR REVIEW
## OF FINAL DECISION
## OF THE MERIT SYSTEMS PROTECTION BOARD

Pursuant to Title 5 U.S.C. § 7703(b)(2), Bonita Perry petitions this Honorable Court for review of the decision of the Merit Systems Protection Board decision, Case DA-0432-17-0313-I-2, which became final on November 26, 2018. A copy of the decision is attached to this petition.

New Orleans, Louisiana, this 24th day of December, 2018.

Respectfully submitted,

*Bonita Perry*
BONITA PERRY
64 S. Georgia Avenue
Mobile, AL 36604
251-604-3788

Page 1 of 1