## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

BONITA PERRY                                                CIVIL ACTION

VERSUS                                                      NO. 18-14180

DEPARTMENT OF VETERANS AFFAIRS                              SECTION: R (5)

A Preliminary Conference was held December 5, 2019.

>Participating were:
>BONITA PERRY
>VICKY STROEBEL

Pleadings have been completed. Jurisdiction and venue are established.

Counsel adding new parties subsequent to mailing of this notice shall serve on each new party a copy of this order. Responsive pleadings, when required, shall be filed within the applicable deadlines.

Amendments to pleadings, third-party actions, crossclaims, and counterclaims shall be filed no later than **JANUARY 6 2020**

All non-evidentiary pretrial motions, including dispositive motions, shall be filed and served in sufficient time to permit hearing thereon no later than **JULY 15, 2020.** This Section adheres to Local Rule 78.1 regarding oral argument on motions. **Deposition transcripts submitted in support of motions are to be in an uncompressed format, specifically, double spaced lines on single sided pages.**

Motions *in limine* regarding the admissibility of expert testimony shall be filed and served in sufficient time to permit hearing thereon no later than **JULY 15, 2020**

Motions *in limine*, except as to expert testimony, shall be filed by **AUGUST 4, 2020**, and responses thereto shall be filed within seven days.

Motions filed in violation of this order will not be considered unless good cause is shown. In addition, the Court reiterates that Local Rule 7.4 requires leave of court to file a reply to a respondent's opposition. The Court will not consider any additional responses after that reply.

**Initial disclosures pursuant to Fed. R. Civ. P. 26(a)(1) must be exchanged no later than JANUARY 6, 2020.**

This case does not involve extensive documentary evidence, depositions or other discovery. No special discovery limitations beyond those established in the Federal Rules, Local Rules of this Court, or the Plan are established.

Depositions for trial use shall be taken and all discovery shall be completed no later than **JULY 7, 2020.**

Plaintiff's expert disclosures shall be obtained and delivered to counsel for Defendant as soon as possible, but in no event later than **MAY 8, 2020**. This deadline applies to all experts, as defined by Federal Rule of Civil Procedure 26(a)(2)(B) and (C), who may be witnesses for Plaintiff.

Defendant's expert disclosures shall be obtained and delivered to counsel for Plaintiff as soon as possible, but in no event later than **JUNE 8, 2020.** This deadline applies to all experts, as defined by Federal Rule of Civil Procedure 26(a)(2)(B) and (C), who may be witnesses for Defendant.

Counsel for the parties shall file in the record and serve upon their opponents a list of all witnesses who may or will be called to testify at trial, including the address and telephone number of each witness. Each party shall designate those witnesses whose testimony the party expects to present by deposition, and include a transcript of the pertinent parts of the deposition. Additionally, each party shall identify the documents

or exhibits the party may or will use at trial, separately identifying those items the party expects to offer and those it may offer if the need arises. These disclosures must be made no later than **JULY 7, 2020.**

Counsel for the parties shall meet in person or by telephone at their earliest convenience, and no later than **JULY 27, 2020**, to arrive at all possible stipulations and to exchange copies of exhibits to be used at trial. Counsel shall attempt to resolve all objections as to the admissibility of evidence. The parties shall submit memoranda on any unresolved objections to exhibits or testimony no later than five business days before trial.

The Court will not permit any witness, expert or fact, to testify or any exhibits to be used unless there has been compliance with this Order as it pertains to the witness and/or exhibits, without an order to do so issued on motion for good cause shown.

**IF ANY PARTY WISHES TO SCHEDULE A SETTLEMENT CONFERENCE, THAT PARTY SHOULD CONTACT THE ASSIGNED MAGISTRATE JUDGE SIX WEEKS PRIOR TO THE PRETRIAL CONFERENCE DATE FOR THE PURPOSE OF SCHEDULING A SETTLEMENT CONFERENCE TO BE HELD AT LEAST TWO WEEKS PRIOR TO THE PRETRIAL CONFERENCE.**

A final Pretrial Conference will be held on **AUGUST 6, 2020 at 3:00 p.m.** Counsel will be prepared in accordance with the Pretrial Notice attached. The pretrial order must be filed electronically through the Court's Electronic Case Filing system by **12:00 p.m. on a day that allows one full business day** prior to the conference, excluding Saturdays, Sundays, and holidays. **THE PRETRIAL ORDER SUBMITTED TO THE COURT MUST BE DOUBLE SPACED AND SIGNED BY ALL**

**COUNSEL.  The parties shall comply with all deadlines stated in the Pretrial Notice.**

Trial will commence **the week beginning, MONDAY, AUGUST 24, 2020 at 8:30 a.m.** before the District Judge without a jury.  Attorneys are instructed to report for trial no later than 30 minutes prior to this time.  Trial is estimated to last two days.

Deadlines, cut-off dates, or other limits fixed herein may only be extended by the Court upon timely motion filed in compliance with Local Rules and upon a showing of good cause.  Continuances will not normally be granted.  If, however, a continuance is granted, deadlines and cut off dates will be automatically extended, unless otherwise ordered by the Court.

New Orleans, Louisiana, this 5th day of December, 2019.

_____
**SARAH S. VANCE
UNITED STATES DISTRICT JUDGE**

rev. February 2018

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| BONITA PERRY | CIVIL ACTION |
| VERSUS | NO. 18-14180 |
| DEPARTMENT OF VETERANS AFFAIRS | SECTION: R (5) |

## ADDENDUM TO PRELIMINARY CONFERENCE ORDER

Motions for summary judgment and oppositions to motions for summary judgment shall be filed in compliance with Local Rules 56.1 and 56.2, requiring parties to file a short and concise statement of material facts as to which there does or does not exist a genuine issue to be tried. Additionally, each party shall make specific reference to record evidence supporting its statement of material facts. Citations to record evidence shall indicate, whenever applicable, an exhibit reference, page reference, and record document number reference. Record evidence not specifically referred to by the parties may not be considered by the Court.